**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

 v.

DERRICK LAMONT BRICE,

        Defendants.

No. C-08-2963 SBA
CR 01-40128 SBA

**ORDER**

[Docket No. 75]

On June 13, 2008, the parties filed a Stipulated Request to Amend Judgment under 28 U.S.C. § 2255. *See* Docket No. 75. On July 29, 2008, the parties appeared before the Court and were heard on this matter. Based on the parties' representations at the hearing, the pleadings filed therefor, and the record in this matter, the Court DENIED the parties' request at this hearing. *See* Docket No. 81. This Order terminates Docket No. 75.

IT IS SO ORDERED.

March 19, 2009

                              Saundra B Armstrong
                              United States District Judge